**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

MIAMI TRIBE OF OKLAHOMA,

Plaintiff,

vs.

DIRK KEMPTHORNE, Secretary of the Interior, ROSS O. SWIMMER, Special Trustee Office of Special Trustee for American Indians, and HENRY PAULSON, Secretary of the Treasury,

Defendants.

Case No. 06-CV-698-GKF-SAJ

08-104 L

**ORDER**

This matter comes before the court on Plaintiff's Motion to Transfer from District Court to the Court of Federal Claims [Document No. 22]. There being no objection, the motion is granted and the court hereby directs the Court Clerk to effectuate transfer of this case to the United States Court of Federal Claims.

**IT IS SO ORDERED** this 14th day of December 2007.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma