# In the United States Court of Federal Claims

**NOTICE**

**MIAMI TRIBE OF OKLAHOMA**

**No. 08-104 L**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., February 25, 2008**

To Attorney of Record, Assistant Attorney General and Judge Baskir:

Please take notice that in the above case, there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the Northern District of Oklahoma, Case No. 06-cv-698-GKF-SAJ, consisting of certified copies of the district court record, docket sheet and order of transfer.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

John S. Buckley
ACTING CLERK OF COURT