IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MIAMI TRIBE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-CV-00104 |
| | ) | Judge Lawrence M. Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO SUBSTITUTE LEAD COUNSEL**

Kennis M. Bellmard, II, of Andrews Davis, a Professional Corporation, Of Counsel for the plaintiff Miami Tribe of Oklahoma, respectfully moves the Court for leave to substitute lead counsel. Mr. Bellmard hereby submits the following in support of his Motion:

1. The plaintiff has been notified of the substitution of Sandra B. Harrison and consents to the substitution with that of Kennis M. Bellmard II as lead counsel.

2. Sandra B. Harrison consents to appointment of Mr. Bellmard as Lead Counsel and that she will remain as Of Counsel for the plaintiff. *See* Attachment 1, Affidavit of Kennis M. Bellmard, II; and Attachment 2, Consent of Sandra B. Harrison.

5. Jennifer H. McBee, Sandra B. Harrison and Michael D. McMahan will remain Of Counsel for the plaintiff.

6. Counsel for the defendant United States has been notified and does not oppose the substitution of Kennis M. Bellmard II as lead counsel for the plaintiff.

7. The substitution will not affect any pending deadlines.

WHEREFORE, Kennis M. Bellmard II, of Andrews Davis, a Professional Corporation, respectfully requests that the Court substitute Kennis M. Bellmard II as lead counsel in place of the previous lead counsel Sandra B. Harrison for the plaintiff in this case.

Dated this 21st day of July, 2008.

s/Kennis M. Bellmard
Kennis M. Bellmard II, OBA #13965
Of Counsel
Jennifer H. McBee, OBA #19170
Sandra Benischek Harrison, OBA #18647
Michael D. McMahan, OBA #17314,
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com
ATTORNEYS FOR PLAINTIFF
MIAMI TRIBE OF OKLAHOMA

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2008, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

TERRY M. PETRIE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: (303) 844-1369
Facsimile: (303) 844-1350
Email: Terry.Petrie@usdoj.gov
ATTORNEY OF RECORD FOR DEFENDANT

Of Counsel:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Anthony.Hoang@usdoj.gov

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, DC 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, DC 20227

s/ Kennis M. Bellmard

210707.1