IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MIAMI TRIBE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-CV-00104 |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF KENNIS M. BELLMARD, II**

| | | |
|---|---|---|
| STATE OF OKLAHOMA | ) | |
| | ) | :ss |
| COUNTY OF OKLAHOMA | ) | |

I, Kennis M. Bellmard, II, being of lawful age, competent, and duly sworn upon oath, set forth the following facts from my personal knowledge thereof:

1. I am employed by the law firm of Andrews, Davis, a Professional Corporation. I am a licensed attorney in Oklahoma, Bar No. 13965.

2. That I am admitted to practice before the United States Court of Federal Claims and am registered with the Electronic Registration System.

3. The foregoing Motion to Substitute Counsel by is true and correct to the best of my information and belief.

4. The plaintiff Miami Tribe of Oklahoma has been notified of the substitution of Sandra B. Harrison and consents to the substitution of lead counsel.

Further Affiant sayeth not.

Dated this 21st day of July, 2008.

Kennis M. Bellmard, II

Subscribed and sworn to before me this 21st day of July, 2008, by Kennis M. Bellmard, II.

Ginger Lijewski
Notary Public

My commission expires: April 29, 2009
(SEAL)
Commission No. 05004174

GINGER LIJEWSKI
NOTARY PUBLIC
IN AND FOR STATE OF OKLAHOMA
LOGAN COUNTY

210709.1