IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MIAMI TRIBE OF OKLAHOMA,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08-CV-00104 |

**CONSENT TO APPOINTMENT OF**
**KENNIS M. BELLMARD, II AS LEAD COUNSEL**

STATE OF OKLAHOMA )
) ss:
COUNTY OF OKLAHOMA )

I, Sandra Benischek Harrison, lead counsel in the above-captioned case, hereby consent to substitution of and the appointment of Kennis M. Bellmard, II as lead counsel.

IN WITNESS WHEREOF, this Consent is executed by the undersigned this 21st day of July, 2008.

Sandra B Harrison

Sandra B. Harrison

This instrument was acknowledged before me this 21st day of July, 2008, by Sandra B. Harrison.

Ginger Lijewski

Notary Public

My Commission Expires: April 29, 2009
My Commission No.: 05004174
(SEAL)

GINGER LIJEWSKI NOTARY PUBLIC IN AND FOR STATE OF OKLAHOMA LOGAN COUNTY

210708.1