# In the United States Court of Federal Claims

Case No. 08-104C
(Filed: July 22, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * | * |
| **MIAMI TRIBE OF OKLAHOMA,** | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES OF AMERICA,** | * |
| *Defendant.* | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

Plaintiff's unopposed **Motion to Substitute Lead Counsel** filed July 21, 2008, in this case, is hereby **GRANTED**. **Kennis M. Bellmard II** of Andrews Davis, **will replace Sandra B. Harrison** of Andrews Davis, **as lead counsel**. Sandra Harrison, Jennifer H. McBee and Michael D. McMahan will remain Of Counsel for the plaintiff.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge